IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIK DEMETRIUS WHITE,

    Plaintiff,

v.

KEITH TANULA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-759-wmc

This action came before the court and a jury for consideration with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant in accordance with the jury's verdict.

Approved as to form this 7th day of August, 2018.

_____
William M. Conley
District Judge

_____
Peter Oppeneer
Clerk of Court

August 7, 2018
Date